IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS.

CAUSE NO: 1:19cv523

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT 24 2019
BY
DEPUTY

ANTHONY LEON SUMMERS 2151396
PLAINTIFF

VS.

STATE of TEXAS officials T.D.C.J-ID

---

PETITION FOR EMERGENCE HEARING, "UNDER THE AMERICANS WITH DISABILITIES ACT A.A.A FOR EMERGENCY "RESTRAINING ORDER" AND "INJUNCTION ORDER", AND COURT ORDER FOR MARSHALL's TO COME SEE HOW, I AM FORCE TO LIVE!

---

TO THE HONORABLE JUDGES OF SAID COURT,

MY NAME is ANTHONY LEON SUMMERS 2151396 I AM PROSE AND DENIED ALL HELP AS IN ONE SHOWER IN 56 DAYS ON MARK W STILES UNIT, I AM IN A "WHEELCHAIR", I HAVE "NO HAND RAILS", FOR YOU TO USE TOILETS, SINK, OR BED, TABLE, NO MAT, I SLEEP ON FLOOR LIKE A DOG! I HAVE BEEN BEATEN UP ON UNIT SO CALL SURVEILANCE VIDEOTAPING, I AM VOMITING BLOOD AND DISEASED FOOD WASTE, HAVE BEEN DENIED ALL FOOD FOR 13 DAYS AND MEDICATIONS AGAIN TODAY! BLOOD ALL IN MY CELL 12 BUILD D-POD E-SECTION 58 CELL IF, I AM NOT MOVED AGAIN! THEY DENIED ME ALL HELP!

"THANK YOU"

ANTHONY LEON SUMMERS
2151396
MARK W STILES UNIT
3060 FM 3514
BEAUMONT, TEXAS 77705

ANTHONY KEON SUMMERS 2151376
MARK W STILES UNIT
3060 FM 3514
BEAUMONT, TEXAS 77705

"LEGAL MAIL"

CLERK, U.S. DISTRICT COURT
RECEIVED
OCT 24 2019
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

U.S DISTRICT COURTHOUSE
300 WILLOW STREET SUITE 104
BEAUMONT, TEXAS 77701